# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL UTT, | Case No. 2:17-cv-02820-RFB-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 29) |
| MATTHEW HILLEGASS, et al., | |
| Defendant(s). | |

On March 1, 2018, the Court denied without prejudice a motion to extend and motion to compel. Docket No. 28 (denying Docket No. 27). Notwithstanding that order, on March 15, 2018, Plaintiff filed a response to the motions. Docket No. 29. As there is currently no live controversy before the Court, the response at Docket No. 29 is STRICKEN.

IT IS SO ORDERED.

DATED: March 16, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge